Circuit denied. *Messrs. James C. Davis* and *A. A. McLaughlin* for petitioner. *Mr. Donald Evans* for respondent.

No. 207. MORRISETTE *v.* BOULEVARD BRIDGE CORP'N. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Claudian B. Northrop* for petitioner. *Mr. E. Randolph Williams* for respondent.

No. 208. RICHMOND SCREW ANCHOR CO., INC., *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. O. Ellery Edwards, Wm. Houston Kenyon, Archibald Cox, Joseph W. Cox, Douglas H. Kenyon,* and *F. M. Sheffield* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *Henry A. Cox* for the United States.

No. 209. LOUISVILLE & NASHVILLE R. CO. *v.* BUSH. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Ashby M. Warren* and *Harold R. Small* for petitioner. *Messrs. Thomas T. Fauntleroy* and *P. H. Cullen* for respondent.

No. 210. GAINESVILLE *v.* BROWN-CRUMMER INVESTMENT CO. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. O. Davis* for petitioner. *Messrs. John T.*